Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888

In re:
MICHAEL J NOWAK
EVA NOWAK

Case No. 12-07079
Account No.  7353

JP MORGAN CHASE BANK NA
3415 VISION DR DEPT OH4 7133
COLUMBUS, OH  43219

MICHAEL J NOWAK
EVA NOWAK
67 TIMBER TRAILS CT
GILBERTS, IL  60136

JEFF WHITEHEAD
700 W VAN BUREN #PH6
CHICAGO, IL  60607

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER RULE 3002.1(f)**

Please take notice that the Notice of Cure under Rule 3002.1(f) was sent in error on February 15, 2013.

/S/  Ryan Faye

For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 801 Warrrenville Road, Suite 650, Lisle, IL on August 02, 2013.

/S/  Ryan Faye

For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888